Pro Se 1 2016

FILED
RECEIVED
MAY 20 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Jonathan Carroll

Plaintiff(s),

v.

Joe Biden

Defendant(s).

CASE NO. 3:22-CV-5368 JLR
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes  ☐ No

TAC Ø17007

I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jonathan Carroll
Street Address: 425 S Tacoma Way, Tacoma WA
City and County: Tacoma, Pierce
State and Zip Code: Wa 98402
Telephone Number: 253-289-1579

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

1    B.    Defendant(s)

2      *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

     Name    Joe Biden
     Job or Title *(if known)*    President of the United States
     Street Address    1600 Pennsylvania Avenue, NW
     City and County    Washington DC, district of Columbia
     State and Zip Code    Maryland 20500
     Telephone Number    202-456-1414

Defendant No. 2

     Name
     Job or Title *(if known)*
     Street Address
     City and County
     State and Zip Code
     Telephone Number

Defendant No. 3

     Name
     Job or Title *(if known)*
     Street Address
     City and County
     State and Zip Code
     Telephone Number

Pro Se 1 2016

1   Defendant No. 4

2   Name
3   Job or Title *(if known)*
    Street Address
4   City and County
5   State and Zip Code
    Telephone Number
6

7

8   **II.   BASIS FOR JURISDICTION**

9   Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
10  types of cases can be heard in federal court: cases involving a federal question and cases
11  involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under
12  the United States Constitution or federal laws or treaties is a federal question case.  Under 28
13  U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and
14  the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of
15  citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16  What is the basis for federal court jurisdiction? *(check all that apply)*

17  ☒ Federal question           ☐ Diversity of citizenship

18  Fill out the paragraphs in this section that apply to this case.

19  A.   If the Basis for Jurisdiction Is a Federal Question

20  List the specific federal statutes, federal treaties, and/or provisions of the United States
21  Constitution that are at issue in this case.

22  Rico and Environmental matters

23

24

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff *(name)* _____, is a citizen of the State of *(name)* _____.

        b.  If the plaintiff is a corporation.

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.  The Defendant(s)

Joe Biden

        a.  If the defendant is an individual.

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

        b.  If the defendant is a corporation.

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

3.  The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

$100,000 because of the neglence and or maliciouse injury the president has done through actions/inaction of various Government agencies, amounting to RICO and environmental violations

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

The defendent is to perform actions causing relief to me and the environment because of the activities from the neglect and or maliciouse use of power from the presiding President's agencies actions and or inaction to protect its citizens from the goverment.

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

damage to citizens and or environment based on the current abuses of power accros the country. $100,000 for the mental & physical damage to myself and others to be able to recover from said violations.

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

Pro Se 1 2016

1 purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
2 (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
3 reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
4 identified, will likely have evidentiary support after a reasonable opportunity for further
5 investigation or discovery; and (4) the complaint otherwise complies with the requirements of
6 Rule 11.

7  I agree to provide the Clerk's Office with any changes to my address where case-related
8 papers may be served. I understand that my failure to keep a current address on file with the
9 Clerk's Office may result in the dismissal of my case.

10    Date of signing: 5-20-2022
11    Signature of Plaintiff  *[signature]*
12    Printed Name of Plaintiff  Jonathan Carroll
13
14    Date of signing: _____
15    Signature of Plaintiff _____
16    Printed Name of Plaintiff _____
17
18    Date of signing: _____
19    Signature of Plaintiff _____
20    Printed Name of Plaintiff _____
21
22
23
24

COMPLAINT FOR A CIVIL CASE - 6