FILED _____ LODGED
RECEIVED

MAY 20 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Jonathan Carroll
Plaintiff(s)

vs.

Joe Biden
Defendant(s)

CASE NO. 3:22-CV-5368 JLR

APPLICATION FOR COURT-APPOINTED COUNSEL

Noted for Determination on:

_____
(Insert date of 3rd Friday after filing)

## MOTION

Plaintiff respectfully requests that the Court appoint counsel to represent him/her. This action seeks relief under federal statutes protecting civil rights. This is **not**, however, an employment discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.

## FINANCIAL AFFIDAVIT

Has this Court previously granted you leave to proceed in forma pauperis? No . If such was granted in a different case in this Court, please supply the case number. _____.
(Please complete in full the attached Financial Affidavit.)

Application for Court-Appointed Counsel                                                                 1

## PREVIOUS EFFORTS TO RETAIN AN ATTORNEY

Describe briefly the efforts you have already made to retain an attorney. Indicate as accurately as possible how many attorneys you have contacted, and over what period of time. You need not identify the specific attorneys, and should not indicate the reasons they declined to represent you.

Searched online, 10 or so over the last 30 days

## MERITS OF CLAIM

Has the Equal Employment Opportunity Commission, the Washington State Human Rights Commission, or other state or federal agency officially determined whether there is reasonable cause to believe that the allegations of your complaint are true? No . If so, please identify the agency which made the finding, and the conclusion the agency reached. _____

If there has been no such finding in your favor by a government agency, you may attach a brief statement showing why your claim has merit. Do not include exhibits or other evidence. Your statement is incorporated in this application and is subscribed under oath.

## AFFIDAVIT OF SERVICE

The following is a list of all other parties, and their respective attorneys, who have appeared or answered in this action.

| PARTY | ATTORNEY |
|---|---|
|  |  |
|  |  |
|  |  |

Application for Court-Appointed Counsel                                                                                      2

## **AFFIDAVIT OF SERVICE**

The following is a list of all other parties, and their respective attorneys, who have appeared or answered in this action.

| PARTY | ATTORNEY |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

I have directed a copy of this entire Application, by mail or by personal service, to the attorney for each such party.

I, Jonathan Carroll, plaintiff in this action, swear that I have read this entire Application, including any attachments, and the Complaint. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

Executed on this May day of 20, 2022.

_____
Signature of Plaintiff

Plaintiff's Name, Address and Telephone:

Joe Biden
1600 Pennsylvania Avenue, NW
Washington, DC 20500
(202)-456-1414

Application for Court-Appointed Counsel in Title VII Action         3
Revised 11/03

## PREVIOUS EFFORTS TO RETAIN AN ATTORNEY

Describe briefly the efforts you have already made to retain an attorney. Indicate as accurately as possible how many attorneys you have contacted, and over what period of time. You need not identify the specific attorneys, and should not indicate the reasons they declined to represent you.

Searched online, contacted 10 or so over the last 30 days.

## MERITS OF CLAIM

Has the Equal Employment Opportunity Commission, the Washington State Human Rights Commission, or other state or federal agency officially determined whether there is reasonable cause to believe that the allegations of your complaint are true? **no**. If so, please identify the agency which made the finding, and the conclusion the agency reached.

If there has been no such finding in your favor by a government agency, you may attach a brief statement showing why your claim has merit. Do not include exhibits or other evidence. Your statement is incorporated in this application and is subscribed under oath.

## AUTHORIZATION FOR RELEASE OF INFORMATION TO MEMBERS OF THE CIVIL RIGHTS CASE SCREENING COMMITTEE

I hereby authorize the Equal Employment Opportunity Commission and the Washington State Human Rights Commission to furnish to members of the Federal civil Rights Case screening Committee and to any attorney subsequently selected by the Court to represent me with a copy of the files maintained by them in connection with my complaint of discrimination.

Application for Court-Appointed Counsel in Title VII Action                                2