**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

May 26, 2022

Jonathan Carroll
425 S TACOMA WAY
TACOMA, WA 98402

Your civil action <u>*Carroll v. Biden*</u> was filed in the U.S. District Clerk's office at Tacoma on May 20, 2022.

Your case has been assigned Case Number **3:22–cv–05368–JLR,** and has been assigned to Judge James L. Robart, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file