UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN CARROLL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOE BIDEN,<br><br>　　　　　　　Defendant. | CASE NO. C22-5368JLR<br><br>ORDER OF DISMISSAL |

On June 6, 2022, the court ordered *pro se* Plaintiff Jonathan Carroll to show cause and explain why sovereign immunity does not bar the court from exercising jurisdiction over this action in which he sues Defendant President Joe Biden under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961 et seq. (*See* OSC (Dkt. # 6); Compl. (Dkt. # 1).) The court ordered Mr. Carroll to provide a response by June 20, 2022 and warned him that failure to respond by that deadline would result in dismissal of this action without prejudice. (*See* OSC at 3.) The June 20, 2022 deadline

//

ORDER - 1

1 | has now passed without a response from Mr. Carroll.  (*See generally* Dkt.)  Accordingly,
2 | the court DISMISSES this action without prejudice.
3 | Dated this 12th day of July, 2022.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2